FILED
United States Court of Appeals
Tenth Circuit

**November 14, 2023**

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

---

ZACHARY PACKARD; JOHNATHEN DURAN,

    Plaintiffs - Appellees,

ELISABETH EPPS; ASHLEE WEDGEWORTH; AMANDA BLASINGAME; MAYA ROTHLEIN; HOLLIS LYMAN; STANFORD SMITH; SARA FITOURI; JACQUELYN PARKINS; KELSEY TAYLOR; JOE DERAS; CLAIRE SANNIER,

    Plaintiffs,

v.

CORY BUDAJ; PATRICIO SERRANT; DAVID MCNAMEE; CITY OF AURORA,

    Defendants - Appellants,

and

CITY AND COUNTY OF DENVER; DANIEL FELKINS; DAVID ABEYTA; JONATHAN CHRISTIAN; KEITH VALENTINE; MATTHEW BRUKBACHER; ANTHONY TAK; J. LNU; PAUL PAZEN; DOES JOHN AND JANE, 1-100; BOES JOHN AND JANE, 1-50,

    Defendants.

No. 22-1365
(D.C. No. 1:20-CV-01878-RBJ)
(D. Colo.)

---

# JUDGMENT

_____

Before **ROSSMAN**, **KELLY**, and **BRISCOE**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed and dismissed.  The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                                              Entered for the Court

                                              CHRISTOPHER M. WOLPERT, Clerk