FILED  
United States Court of Appeals  
Tenth Circuit

May 30, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

ZACHARY PACKARD, et al.,

    Plaintiffs - Appellees,

and

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CORY BUDAJ, et al.,

    Defendants - Appellants,

and

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

No. 22-1365  
(D.C. No. 1:20-CV-01878-RBJ)  
(D. Colo.)

_____

**ORDER**

_____

    This matter is before the court on an emergency motion to stay district court proceedings pending appeal of the denial of summary judgment based on qualified immunity. The court requires a response. Appellees must respond to the emergency stay

motion by 3:00 p.m. (MDT) on Wednesday, May 31, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk