FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 31, 2023

Christopher M. Wolpert
Clerk of Court

_____

ZACHARY PACKARD; JOHNATHEN DURAN,

    Plaintiffs - Appellees,

ELISABETH EPPS; ASHLEE WEDGEWORTH; AMANDA BLASINGAME; MAYA ROTHLEIN; HOLLIS LYMAN; STANFORD SMITH; SARA FITOURI; JACQUELYN PARKINS; KELSEY TAYLOR; JOE DERAS; CLAIRE SANNIER,

    Plaintiffs,

v.

CORY BUDAJ; PATRICIO SERRANT; DAVID MCNAMEE; CITY OF AURORA,

    Defendants - Appellants,

and

CITY AND COUNTY OF DENVER; DANIEL FELKINS; DAVID ABEYTA; JONATHAN CHRISTIAN; KEITH VALENTINE; MATTHEW BRUKBACHER; ANTHONY TAK; J. LNU; PAUL PAZEN; DOES JOHN AND JANE, 1-100; BOES JOHN AND JANE, 1-50,

    Defendants.

No. 22-1365
(D.C. No. 1:20-CV-01878-RBJ)
(D. Colo.)

_____

# ORDER
_____

Before **TYMKOVICH** and **ROSSMAN**, Circuit Judges.
_____

Defendants-Appellants City of Aurora, David McNamee, Patricio Serrant, and Cory Budaj ("Defendants") have filed an emergency motion to stay the district court proceedings pending an interlocutory appeal of the denial of their motion for summary judgment based on qualified immunity. Plaintiffs-Appellees Zachary Packard and Johnathen Duran oppose the motion.

To resolve the stay motion, we consider the traditional stay factors: "(1) whether [Defendants have] made a strong showing that [they are] likely to succeed on the merits; (2) whether [they] will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder,* 556 U.S. 418, 434 (2009) (internal quotation marks omitted). "The party requesting a stay bears the burden of showing that the circumstances justify an exercise of [the court's] discretion." *Id.* at 433-34.

Having carefully considered the stay motion, we conclude Defendants have made a sufficient showing to justify issuance of a stay pending resolution of the interlocutory

appeal. Accordingly, we grant the motion for a stay. All proceedings in district court are stayed pending further order of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
